JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| GILBERT OSUNA, | ) | No. CV 12-02475-PA (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ERIVES, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: January 16, 2013

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE